NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1448
(Opposition No. 91/157,313)

IN RE BOSE CORPORATION,

Appellant.

Appeal from the United States Patent and Trademark Office,
Trademark and Trial Appeal Board.

ON MOTION

O R D E R

Bose Corporation moves without opposition for leave to file a reply appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Charles Hieken, Esq.
Raymond T. Chen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 11 2009

JAN HORBALY
CLERK